```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**JAMES HEROD, III,**

    Movant,

v.                                  Civil Action No. 2:16-cv-3891
                                     (Criminal No. 2:14-cr-0192)

**UNITED STATES OF AMERICA,**

    Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, filed April 25, 2016.

This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to the court of his Proposed Findings and Recommendations ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 1, 2018, Magistrate Judge Aboulhosn entered his PF&R recommending that the motion to vacate, set aside, or correct a sentence be denied, and that this matter be removed from the docket of this court. The court having reviewed the

record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, denied, and that this matter be dismissed and removed from the court's docket.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and Magistrate Judge Omar J. Aboulhosn.

DATED: June 14, 2018

John T. Copenhaver, Jr.
United States District Judge